1  STEVEN G. KALAR
Federal Public Defender
2  NED SMOCK
Assistant Federal Public Defender
3  555 - 12th Street
Suite 650
4  Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant HERNANDEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   No. CR- 12-702 PJH
                                 )
12 |          Plaintiff,          )   STIPULATION AND [PROPOSED]
                                 )   ORDER PERMITTING PASS FOR
13 | vs.                          )   DINNER AND TIME AT STORAGE
                                 )   FACILITY
14 | ERASMO HERNANDEZ,            )
                                 )
15 |          Defendant.          )
   | _____)
16

17       On October 25, 2012, this Court ordered that Erasmo Hernandez be released from

18 custody to reside at the home of his wife in Concord. The Court ordered that Mr.

19 Hernandez would be subject to electronic monitoring and would be on lockdown.

20       Mr. Hernandez has been home for almost six months. He has been confined to the

21 house save for Narcotics Anonymous meetings and English language classes. This Court

22 has also permitted him to spend one hour per day exercising outdoors.

23       Mr. Hernandez and his wife would like to go to dinner on Monday, April 22, 2013.

24 They will go to dinner in at the Cheesecake Factory in Walnut Creek, and seek permission

25 for Mr. Hernandez to be outside the home between 5:00 p.m. and 10:00 p.m. on that day

26 for the dinner, allowing for traffic. Mr. Hernandez has been permitted to go to dinner on

STIP AND PROPOSED ORDER            1

two occasions in the past without any incident.

Further, Mr. Hernandez and his wife need time to go through and organize belongings Mr. Hernandez has in a storage facility near their home.  He therefore requests permission to go to A-1 Storage in Concord between 9:00 a.m. and 3:00 p.m. on this Saturday, April 20, 2013.

Neither Mr. Hernandez's United States Pretrial Services Officer or the government object to this request.

Dated: April 18, 2013                              /S/
                                          NED SMOCK
                                          Assistant Federal Public Defender

Dated: April 18, 2013                              /S/
                                          CHINHAYI CADET
                                          Assistant United States Attorney

**[PROPOSED] ORDER**

Good cause appearing therefore, it is the ORDER of this Court that the release conditions of defendant Erasmo Hernandez shall be modified to permit him to go to dinner in Walnut Creek on Monday, April 22, 2013 between 5:00 p.m. and 10:00 p.m., and to permit him to go to the storage facility in Concord on Saturday, April 20, 2013 between 9:00 a.m. and 3:00 p.m.

Dated: April 18, 2013                     _____
                                          HON. KANDIS WESTMORE
                                          United States Magistrate Judge

STIP AND PROPOSED ORDER                   2