1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant HERNANDEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   No. CR- 12-702 PJH
                                  )
12 |         Plaintiff,            )   STIPULATION AND [PROPOSED]
                                  )   ORDER PERMITTING PASS FOR TIME
13 | vs.                           )   AT STORAGE FACILITY
                                  )
14 | ERASMO HERNANDEZ,             )
                                  )
15 |         Defendant.            )
   | _____)
16

17       On October 25, 2012, this Court ordered that Erasmo Hernandez be released from

18 custody to reside at the home of his wife in Concord. The Court ordered that Mr.

19 Hernandez would be subject to electronic monitoring and would be on lockdown.

20       Mr. Hernandez has been home for almost six months. He has been confined to the

21 house save for Narcotics Anonymous meetings and English language classes. This Court

22 has also permitted him to spend one hour per day exercising outdoors.

23       Last weekend, Mr. Hernandez was permitted to spend part of one day at a storage

24 facility near his home so that he could go through and organize his belongings as he

25 prepares to go into custody. Mr. Hernandez needs additional time to complete this process

26 and therefore requests permission to go to A-1 Storage in Concord between 9:00 a.m. and

STIP AND PROPOSED ORDER                1

1  3:00 p.m. on this Saturday, April 27, 2013.

2      Neither Mr. Hernandez's United States Pretrial Services Officer or the government
3  object to this request.

5  Dated: April 24, 2013　　　　　　　　　　　　　　　　/S/
6  　　　　　　　　　　　　　　　　　　　　　　　NED SMOCK
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

7  Dated: April 24, 2013　　　　　　　　　　　　　　　　/S/
8  　　　　　　　　　　　　　　　　　　　　　　　CHINHAYI CADET
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## [PROPOSED] ORDER

    Good cause appearing therefore, it is the ORDER of this Court that the release conditions of defendant Erasmo Hernandez shall be modified to permit him to go to the storage facility in Concord on Saturday, April 27, 2013 between 9:00 a.m. and 3:00 p.m.

Dated: April 26, 2013　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　　　　　HON. KANDIS WESTMORE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

STIP AND PROPOSED ORDER　　　　　　2